# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Habermehl Consulting and Company | ) | ASBCA No. 59723 |
| | ) | |
| Under Contract No. SP3300-13-C-0012 | ) | |

APPEARANCES FOR THE APPELLANT:    Isaias "Cy" Alba IV, Esq.
                                  Kathryn V. Flood, Esq.
                                    PilieroMazza PLLC
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
                                    DLA Chief Trial Attorney
                                  Timothy J. Ryan, Esq.
                                  Janet R. Wise, Esq.
                                    Associate General Counsel
                                    DLA Distribution
                                    New Cumberland, PA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 July 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59723, Appeal of Habermehl Consulting and Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals